E-FILED
Wednesday, 27 February, 2008 01:11:49 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFAEL D. TAYLOR<br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | Case No: 2:99-CR-20005-002 |

MOTION FOR MODIFICATION OF A IMPOSED TERM OF IMPRISONMENT
PURSUANT TO TITLE 18 U.S.C. §3582(c)(2)

COMES NOW, Petitioner, Rafael D. Taylor, <u>pro-se</u>, moves this Honorable COurt, pursuant to 18 U.S.C. §3582(c)(2) and USSG §1B1.10(c), requesting his sentence be modified pursuant to Amendment 706 to the United States Sentencing Guidelines.

In support hereof the Petitioner states as follows:

1. That Mr. Taylor was convicted before this Court on, September 24, 1999, for a violation of 21 U.S.C. §841(b)(1)(A), Possession with Intent to Deliver Cocaine Base.

2. That he was sentenced before this Court on, September 24, 1999, to a term of 135 months; after the Court determined he was found with or accountable for a total of, 127.8 grams of cocaine base, "crack", at the time of sentencing.

3. That the U.S. Sentencing Commission has reduced its recommended sentences for crack-related offenses (see Amendment 706). This change in the guideline manual has narrowed the huge discrepency involving powder verses crack cocaine. The retroactive ruling of Amendment 706, as added to USSG §1B1.10(c), requires that a Federal

Defendant who petitions the Court by way of 18 U.S.C. §3582(c)(2) has his sentence reconsidered and subsequently modified.

The Petitioner, Mr. Taylor, was found accountable for a total of 127.8 grams of "crack" cocaine. According to 2D1.1(c), pre-Amendment 706, Mr. Taylor's base offense level was scored at a 32, he was also placed in criminal history category 3. Mr. Taylor then received a two level enhancement for a firearm placing his base offense level at 34. Mr. Taylor then received a three level downward reduction due to his acceptance of responsibility. This placed Mr. Taylor at a level 31, when intercepted by criminal history category three places him in a sentencing range of 135-168 months of imprisonment. Mr. Taylor was sentenced to the low end of the guideline range to 135 months.

Post-Amendment 706, Mr. Taylor's base offense level for 127.8 grams of "crack cocaine" would be a level 30. With the two level upward enhancement for a firearm would place him at a level 32. With the three level reduction for acceptance of responsibility he would be placed at a level 29, at a criminal history category 3, his sentencing range would be 108-135. Due to the fact of his mandatory minimum he would not be able to get the low end of the sentencing range, but he would be able to receive his mandatory minimum of 121 months. This would be a substantial change in his sentence as he would be eligible for immediate release, as he has already served over nine years of incaceration.

Wherefore, the Petitioner, Mr. Taylor, is requesting that he be granted a full sentencing reconsideration hearing to resolve any sentencing issues. Though if this matter may be resolved by just reducing his sentence in accordance with the recommended

set reduction as calculated by the U.S. Sentencing Commission, the Petitioner will option for that relief instead.

## CONCLUSION

The Petitioner, Mr. Taylor, request of this Court to please take into account his post-incaceration rehabilitative efforts. Mr. Taylor has completed Vocational Training Programs of Welding, and Auto-Cad. He has completed a college certificate course offered by Illinois Central College for Small Business Management. He has completed Adult Continuing Education in Economics. He has over 25 hrs of Narcotics Anonymous, and the 40 hr Drug Program. He has completed all his financial obligations through the institutional FRP program. He has maintained family and community ties and developed a positive support group who will aid him in the transition back into society. He has went beyond being a model inmate to being a model citizen.

Wherefore Mr. Taylor respectfully request of this Honorable Court to reduce his sentence in accord to the retroactive Amendment 706 to the U.S. Sentencing GUidelines.

Respectfully Submitted,

Rafael D. Taylor, pro-se
#11653-026
P.O. Box 5000
Pekin, Illinois 61555-5000

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Motion to the United States Attorney Office for the Central District of Illinois. By placing a copy in the hands of mailroom staff at FCI Pekin, in Pekin, illinois.

I further certify that the above is true and correct as witness by my hand under 28 U.S.C. 1746.

Rafael D. Taylor

# Certificate of Completion

This certificate is presented to

**Rafael Taylor**

for completion of the

**Basic Economics**
inmate taught continuing education class,

on this *24rd* day of May, 2000



_____
Mercy Miranda, SOE

_____
Angela Colson, Ace Coordinator

# ATTENDANCE AWARD



**RAFAEL TAYLOR**

IS HEREBY AWARDED FOR 25 HOURS

OF ATTENDANCE DURING THE

**NARCOTICS ANONYMOUS GROUP.**

*Patricia Huggins, M.A.*
Patricia Huggins, M.A., DTS

May 18, 2000

# Certificate of Completion

This certifies that

# Raphael Taylor

Has successfully completed the

SHIELDED METAL ARC WELDING,
BASIC and ADVANCED GAS METAL ARC WELDING,
GAS TUNGSTEN ARC WELDING, BLUEPRINT READING, and
WELDING METALLURGY

Requiring 800 hours of Training
at Federal Correctional Institution, Pekin, Illinois
This certificate is hereby issued this 13th day of August, 2001.

_____           _____
WILLIAM CREEK, SUPERVISOR OF EDUCATION     WALT HARPER, WELDING INSTRUCTOR

# Certificate of Achievement

This certifies that

## Rafael Taylor

has satisfactorily completed

## AutoCAD Vocational Training

June 23, 2006
Federal Correctional Institution
Pekin, Illinois

William Creek, Supervisor of Education

Walt Harper, VT AutoCAD Instructor

# Illinois Central College

Upon recommendation of the President and Faculty the Board of Trustees confers upon

## Rafael Demmon Taylor

a certificate in

## Business Management

with all the rights, honors and privileges thereto.

In Witness Whereof, we here unto affix our signatures as authorized oft and the Seal of the College at East Peoria, Illinois, May 13, 2007

_____
Chair, Board of Trustees

_____
President, Illinois Central Col



# Illinois Central College

presents this award to

RAPHAEL TAYLOR

in recognition of

COMPLETING 6 COMPETENCIES IN WELDING

_Keit Callus_    6-18-02    _Michael Slom_
DEAN             Date       DEPARTMENT CHAIR