E-FILED
Tuesday, 04 March, 2008 09:37:42 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 0 3 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk's Office,

My name is Rafael D. Taylor, #11653-026, Criminal Case No. 2:99-CR-20005-002, I recently filed a 18 U.S.C. §3582(c)(2) motion with this clerk's office. I needed to file it with the Clerk's office in Urbana. If you would please forward it to the Clerk's office in Urbana I would appreciate it. If not would you please return it to me at your earliest convience. As I need to have it filed as soon as possible. Just in case you may not have the address to Urbana's Clerk's office it is as follows; 201 S. Vine St., Rm. 226, Urbana, Ill 61801. Thank you considerably for your time and help, and I apologize for any inconvience.

Rafael Taylor

Rafael D. Taylor
P.O. Box 5000
Pekin, Ill 61555-5000