E-FILED
Tuesday, 04 March, 2008  04:21:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>RAFAEL D. TAYLOR,<br><br>    Defendant. | No. 99CR20005<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE TO "TIME SERVED" AND REQUEST FOR EXPEDITED CONSIDERATION**

NOW COMES the Defendant, RAFAEL TAYLOR, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

1.    The Defendant pleaded guilty on May 20, 1999, to one count of possession with intent to distribute cocaine base (crack) in violation of 21 U.S.C. § 841(a)(1). The defendant was subject to a 10-year mandatory minimum sentence.

2.    At sentencing, the defendant was held accountable for 127.5 grams of crack cocaine, resulting in a Base Offense Level of 32.

3.    With a two level upward adjustment for possession of a dangerous weapon and a three level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 31.

4. With a Criminal History Category of III, the defendant's guideline range was 135 to 168 months.

5. The Court sentenced the defendant to 135 months imprisonment, the bottom of the range.

6. Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 30. With the same adjustments made at the original sentence hearing, his Total Offense Level is 29, his criminal history category remains at III, and his new guideline range is therefore 108 to 135 months. However, because of the statutory mandatory minimum sentence, his guideline range changes to 120 to 135 to reflect the mandatory minimum sentence.

7. The Defendant's current release date as calculated by the Bureau of Prisons is February 28, 2009.

8. If this Court grants the defendant's motion and sentences him to the bottom of the new guideline range as set forth above, **the defendant's new sentence would be 120 months.**

9. Undersigned counsel calculates that with a sentence of 120 months, the Defendant's new release date would have been **February 5, 2008**, accounting for time spent in pre-trial detention and Good Time Credit earned while in the Bureau of Prisons. **Accordingly, the defendant is eligible for immediate release.** The Bureau of Prisons has requested that in cases where a sentence of "time served" is imposed, the following language be included: "This Order is subject to the prohibition contained within USSG § 1B1.10(b)(2)(C)." Additionally, the BOP has requested that any orders for "time served" be stayed for 10 days from the date of entry to allow for the formulation of a release plan.

10. Undersigned counsel is aware of no institutional adjustment or public safety

factors which would warrant denial of this motion.

11.   The position of the U.S. Attorney's Office is that it does not object to the defendant's amended motion, but requests that the Court's order be in accordance with BOP's requirements for release as indicated above.

WHEREFORE, the Defendant, Rafael Taylor, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to "**time served**."

          RAFAEL TAYLOR, Defendant

          RICHARD H. PARSONS
          Federal Public Defender

          BY:   s/ Jonathan E. Hawley
                        _____
                        JONATHAN E. HAWLEY
                        Attorney for Defendant
                        First Assistant FPD
                        ARDC Reg. No. 6243088
                        401 Main Street, Suite 1500
                        Peoria, Illinois 61602
                        Phone: 309/671-7891
                        Fax: (309) 671-7898
                        E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Richard Cox.

          s/ Jonathan E. Hawley
          _____
          JONATHAN E. HAWLEY
          Attorney for Defendant

First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org