AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| United States of America )<br>v. )<br>Rafael D. Taylor ) | Case No: 99-20005-002 <br> USM No: 11653-026 |
| Date of Previous Judgment:  09/24/1999 )<br>(Use Date of Last Amended Judgment if Applicable) ) | Jonathan Hawley<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  135  months **is reduced to**  Time Served  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This order is subject to the prohibition contained within USSG § 1B1.10(b)(2)(C).  Time seved will commence 10 days from the date of this order.

Except as provided above, all provisions of the judgment dated  09/24/1999  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  03/05/2008

*Michael P. McCuskey* (signature)
Judge's signature

Effective Date:  03/15/2008
(if different from order date)

Michael P. McCuskey    Chief U.S. District Judge
Printed name and title